# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VANN L. BAILEY, | : **1:19-CV-01458** |
| Plaintiff, | : (Magistrate Judge Schwab) |
| v. | : |
| KEVIN KAUFFMAN, *et. al.* | : |
| Defendants. | : |

## ORDER
August 2, 2021

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS ORDERED** that Bailey's motion (*doc. 36*) for a preliminary injunction is **DENIED**.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge