# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VANN L. BAILEY,** | : | Civil No. 1:19-CV-1458 |
| | : | |
| **Plaintiff** | : | |
| | : | |
| v. | : | (Magistrate Judge Carlson) |
| | : | |
| **KEVIN KAUFFMAN, et al.,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 3d day of November 2021, for the reasons set forth in the accompanying Memorandum, the plaintiff's motion for reconsideration (Doc. 61) is DENIED without prejudice to further consideration of these questions, if necessary, in the context of Bailey's motion for spoliation sanctions.

/s/ *Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge