| | | |
|---|---|---|
| **VANN L. BAILEY,** | : | **Civil No. 1:19-CV-1458** |
| **Plaintiff** | : | |
| v. | : | **(Magistrate Judge Carlson)** |
| **KEVIN KAUFFMAN, et al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 3rd day of November 2021, in accordance with the accompanying Memorandum and given the pending and potentially dispositive motion filed in this case, IT IS ORDERED that the defendants' motion to stay (Doc. 67) IS GRANTED and we will STAY further discovery pending resolution of the motion to dismiss that is filed in this case.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge