# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VANN L. BAILEY, | : | Civil No. 1:19-CV-1458 |
| **Plaintiff,** | : | |
| v. | : | |
| KEVIN KAUFFMAN, et al., | : | (Magistrate Judge Carlson) |
| **Defendants.** | : | |

## ORDER

AND NOW, this 9th day of December 2021, in accordance with the accompanying memorandum, IT IS HEREBY ORDERED THAT the defendants' motion to dismiss the plaintiff's second amended complaint (Doc. 53) is GRANTED. The clerk is directed to close this case.

<u>*S/ Martin C. Carlson*</u>
Martin C. Carlson
United States Magistrate Judge